# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 22-2853

———————————————

Karla Ann Westjohn

*Plaintiff  Appellant*

v.

Seldin Co.

*Defendant  Appellee*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: February 17, 2023
Filed: February 23, 2023
[Unpublished]

——————————

Before LOKEN, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Karla Westjohn appeals the district court's[1] denial of her motion under Federal Rule of Civil Procedure 60(b) challenging the court's dismissal of her complaint.

———————————————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

Upon careful review, we conclude that the district court did not abuse its discretion in denying the motion, as Westjohn's argument did not challenge the court's basis for dismissal. See Noah v. Bond Cold Storage, 408 F.3d 1043, 1044-45 (8th Cir. 2005) (per curiam); IBEW, Local Union No. 545 v. Hope Elec. Corp., 293 F.3d 409, 415 (8th Cir. 2002). To the extent Westjohn argues that the original order dismissing the case was erroneous, we decline to address that argument, as Westjohn did not appeal the judgment. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001); Atraqchi v. FBI, 959 F.2d 740, 741 (8th Cir. 1992) (per curiam).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____